UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: Unbrin Imran

Case No.: 19-25022
Chapter: 7
Judge: JNP

**NOTICE OF PROPOSED ABANDONMENT**

Brian S. Thomas, Chapter 7 Trustee in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:
Mitchell H. Cohen US Courthouse
401 Market Street
Camden, NJ 08101

If an objection is filed, a hearing will be held before the Honorable Jerrold N. Poslusny, Jr. on 11/12/19 at 10 a.m. at the United States Bankruptcy Court, Courtroom no. 4C. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property:
323 South Ash Avenue
Galloway, NJ
Value $228,000.00

Liens on property:
Nationstar/Mr. Cooper
$251,875.00

Amount of equity claimed as exempt:

Objections must be served on, and requests for additional information directed to:

Name: Brian S. Thomas, Chapter 7 Trustee
Address: 327 Central Avenue, Suite 103, Linwood, NJ 08221
Telephone No.: 609-601-6066

*rev.8/1/15*

```
United States Bankruptcy Court
                                  District of New Jersey
In re:                                                              Case No. 19-25022-JNP
Unbrin Imran                                                        Chapter 7
        Debtor
                             CERTIFICATE OF NOTICE
District/off: 0312-1           User: admin                Page 1 of 2         Date Rcvd: Oct 11, 2019
                               Form ID: pdf905            Total Noticed: 29


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 13, 2019.
db              Unbrin Imran,    323 S Ash Ave,    Galloway, NJ 08205-4401
518387615      ++AMERICAN HONDA FINANCE,    P O BOX 168088,    IRVING TX 75016-8088
                 (address filed with court: American Honda Finance,    201 Little Falls Dr,
                 Wilmington, DE 19808-1674)
518387613       Advanced Call Center Technologies,    POB 9091,    Gray, TN 37615-9091
518387614       American Express,    PO Box 1270,   Newark, NJ 07101-1270
518387618      ++BANK OF AMERICA,    PO BOX 982238,   EL PASO TX 79998-2238
                 (address filed with court: Bank Of America,    PO Box 982235,    El Paso, TX 79998-2235)
518387619       Bank of America,    4909 Savarese Cir # Cricle,    Tampa, FL 33634-2413
518387620       Barclays Bank Delaware,    PO Box 8803,   Wilmington, DE 19899-8803
518387617      ++CITIBANK,    PO BOX 790034,   ST LOUIS MO 63179-0034
                 (address filed with court: AT&T Universal Card,    PO Box 183113,    Columbus, OH 43218-3113)
518387621       Capital One Bank (USA) NA,    PO Box 71087,    Charlotte, NC 28272-1087
518387623       Chase,    PO Box 15298,   Wilmington, DE 19850-5298
518387624       Citbank/Sears,    PO Box 6282,   Sioux Falls, SD 57117-6282
518387625       Citibank N.A.,    PO Box 769006,   San Antonio, TX 78245-9006
518387627      +DSNB/Macys,    PO Box 8218,   Mason, OH 45040-8218
518387628      #EGS Financial Care, Inc.,    400 Horsham Rd Ste 130,    Horsham, PA 19044-2147
518387630       JPMCB Auto Finance,    PO Box 901003,   Fort Worth, TX 76101-2003
518387631       JPMCB Card Services,    PO Box 15369,   Wilmington, DE 19850-5369
518387632       Macys,    PO Box 8061,   Mason, OH 45040-8061
518387633       Nationstar/Mr. Cooper,    PO Box 60516,    City of Industry, CA 91716-0516
518387634       Nationwide Credit Inc.,    PO Box 14581,    Des Moines, IA 50306-3581
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Oct 12 2019 00:49:19     U.S. Attorney,   970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 12 2019 00:49:14     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center, Suite 2100,
                 Newark, NJ 07102-5235
518387616       E-mail/PDF: gecsedi@recoverycorp.com Oct 12 2019 00:44:35     Ashley Home Stores-Synchrony,
                 PO Box 965036,    Orlando, FL 32896-5036
518387622       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Oct 12 2019 00:43:56
                 Capital One Bank USA NA,    PO Box 6492,   Carol Stream, IL 60197-6492
518387626       E-mail/Text: mrdiscen@discover.com Oct 12 2019 00:48:09     Discover,   PO Box 71084,
                 Charlotte, NC 28272-1084
518387629       E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Oct 12 2019 00:48:42     GM Financial,
                 PO Box 181145,    Arlington, TX 76096-1145
518387635       E-mail/PDF: gecsedi@recoverycorp.com Oct 12 2019 00:43:45     PayPal Credit,    PO Box 105658,
                 Atlanta, GA 30348-5658
518387636       E-mail/PDF: gecsedi@recoverycorp.com Oct 12 2019 00:43:46     SYNCB/Old Navy,    PO Box 965005,
                 Orlando, FL 32896-5005
518387637       E-mail/PDF: gecsedi@recoverycorp.com Oct 12 2019 00:43:47     SYNCB/Sams Club,    PO Box 965036,
                 Orlando, FL 32896-5036
518388944      +E-mail/PDF: gecsedi@recoverycorp.com Oct 12 2019 00:44:35     Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                            TOTAL: 10

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 13, 2019                               Signature:  /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 10, 2019 at the address(es) listed below:

          Brian   Thomas    on behalf of Trustee Brian   Thomas brian@brianthomaslaw.com, bthomas@ecf.axosfs.com
          Brian   Thomas    brian@brianthomaslaw.com,  bthomas@ecf.axosfs.com
          Jeanie D. Wiesner    on behalf of Debtor Unbrin   Imran jwiesner@subranni.com, dhoff@subranni.com;cwild@subranni.com;tom@subranni.com
          Kevin Gordon McDonald    on behalf of Creditor   Nationstar Mortgage LLC d/b/a Mr. Cooper kmcdonald@kmllawgroup.com,  bkgroup@kmllawgroup.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

                                                                                                               TOTAL: 5