# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

**Unbrin Imran**  Case No.: 19-25022 JNP
Chapter: 7

## NOTICE OF HEARING ON REAFFIRMATION AGREEMENT

You are hereby notified of a hearing before the Honorable Jerrold N. Poslusny, Jr., United States Bankruptcy Judge.

**Reason for Hearing**: Reaffirmation Agreement between Debtor(s) and American Honda Finance

**Location of Hearing**: United States Bankruptcy Court
400 Cooper Street, Courtroom 4C
Camden, NJ

**Date and Time:**  Tuesday, November 12, 2019 at 12:00 PM
or as soon as the matter may be reached.

**If the Debtor(s) would like to appear by phone or would like to request a more convenient time for the hearing, the Debtor(s) should contact the Court at 856-361-2358 not later than 5 days before the hearing date. If Counsel for the Debtor intends to appear, you may contact the Court to request that the matter be heard at 10:00 a.m.**

## CERTIFICATE OF MAILING

I HEREBY CERTIFY that on October 22, 2019 the foregoing notice was served on the following:

Debtor(s)
Counsel for Debtor(s) via (CM/ECF)

United States Bankruptcy Court  
District of New Jersey

In re:  
Unbrin Imran  
      Debtor

Case No. 19-25022-JNP  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 1      Date Rcvd: Oct 22, 2019  
                               Form ID: pdf900      Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 24, 2019.  
db           Unbrin Imran,    323 S Ash Ave,    Galloway, NJ    08205-4401

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
cr         E-mail/Text: ebnbankruptcy@ahm.honda.com Oct 22 2019 23:25:43  
            American Honda Finance Corporation,    PO Box 168088,    Irving, TX    75016-8088  
                                                                                                                                           TOTAL: 1

              ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                    TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 24, 2019                                Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 22, 2019 at the address(es) listed below:  
             Brian    Thomas     on behalf of Trustee Brian    Thomas brian@brianthomaslaw.com,    bthomas@ecf.axosfs.com  
             Brian    Thomas     brian@brianthomaslaw.com,    bthomas@ecf.axosfs.com  
             Jeanie D. Wiesner     on behalf of Debtor Unbrin    Imran jwiesner@subranni.com,    dhoff@subranni.com;cwild@subranni.com;tom@subranni.com  
             Kevin Gordon McDonald     on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper    kmcdonald@kmllawgroup.com,    bkgroup@kmllawgroup.com  
             U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                                 TOTAL: 5