**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Unbrin Imran** | Social Security number or ITIN    xxx–xx–7913 |
| | First Name    Middle Name    Last Name | EIN    _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN    _ _ _ _ |
| | | EIN    _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court    District of New Jersey

Case number:    19–25022–JNP

## Order of Discharge

**12/15**

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Unbrin Imran

<u>11/15/19</u>

**By the court:**    <u>Jerrold N. Poslusny Jr.</u>
United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support
   obligations;

♦ debts for most student loans;

♦ debts for most taxes;

♦ debts that the bankruptcy court has
   decided or will decide are not discharged
   in this bankruptcy case;

♦ debts for most fines, penalties,
   forfeitures, or criminal restitution
   obligations;

♦ some debts which the debtors did not
   properly list;

♦ debts for certain types of loans owed to
   pension, profit sharing, stock bonus, or
   retirement plans; and

♦ debts for death or personal injury caused
   by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation
agreement are not discharged.

In addition, this discharge does not stop
creditors from collecting from anyone else who is
also liable on the debt, such as an insurance
company or a person who cosigned or
guaranteed a loan.

---

**This information is only a general summary
of the bankruptcy discharge; some
exceptions exist. Because the law is
complicated, you should consult an
attorney to determine the exact effect of the
discharge in this case.**

---

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 19-25022-JNP
Unbrin Imran                                                              Chapter 7
        Debtor

**CERTIFICATE OF NOTICE**

District/off: 0312-1          User: admin            Page 1 of 2          Date Rcvd: Nov 15, 2019
                             Form ID: 318            Total Noticed: 30


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 17, 2019.
db              Unbrin Imran,   323 S Ash Ave,   Galloway, NJ  08205-4401
518387613       Advanced Call Center Technologies,   POB 9091,   Gray, TN  37615-9091
518387619       Bank of America,   4909 Savarese Cir # Cricle,   Tampa, FL  33634-2413
518387621       Capital One Bank (USA) NA,   PO Box 71087,   Charlotte, NC  28272-1087
518387628       #EGS Financial Care, Inc.,   400 Horsham Rd Ste 130,   Horsham, PA  19044-2147
518387630       JPMCB Auto Finance,   PO Box 901003,   Fort Worth, TX  76101-2003
518387633       Nationstar/Mr. Cooper,   PO Box 60516,   City of Industry, CA  91716-0516
518387634       Nationwide Credit Inc.,   PO Box 14581,   Des Moines, IA  50306-3581

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr              +EDI: QBTHOMAS.COM Nov 16 2019 05:53:00      Brian Thomas,   Brian Thomas, Esq,
                 327 Central Avenue,   Suite 103,   Linwood, NJ 08221-2026
smg             E-mail/Text: usanj.njbankr@usdoj.gov Nov 16 2019 01:25:57       U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 16 2019 01:25:54       United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
cr              EDI: HNDA.COM Nov 16 2019 05:53:00      American Honda Finance Corporation,   PO Box 168088,
                 Irving, TX  75016-8088
518387614       EDI: AMEREXPR.COM Nov 16 2019 05:53:00      American Express,   PO Box 1270,
                 Newark, NJ  07101-1270
518387616       EDI: RMSC.COM Nov 16 2019 05:53:00      Ashley Home Stores-Synchrony,   PO Box 965036,
                 Orlando, FL  32896-5036
518387618       EDI: BANKAMER.COM Nov 16 2019 05:53:00      Bank Of America,   PO Box 982235,
                 El Paso, TX  79998-2235
518387620       EDI: TSYS2.COM Nov 16 2019 05:53:00      Barclays Bank Delaware,   PO Box 8803,
                 Wilmington, DE  19899-8803
518387617       EDI: CITICORP.COM Nov 16 2019 05:53:00      AT&T Universal Card,   PO Box 183113,
                 Columbus, OH  43218-3113
518387622       EDI: CAPITALONE.COM Nov 16 2019 05:53:00      Capital One Bank USA NA,   PO Box 6492,
                 Carol Stream, IL  60197-6492
518387623       EDI: CHASE.COM Nov 16 2019 05:53:00      Chase,   PO Box 15298,   Wilmington, DE  19850-5298
518387624       EDI: SEARS.COM Nov 16 2019 05:53:00      Citbank/Sears,   PO Box 6282,
                 Sioux Falls, SD  57117-6282
518387625       EDI: CITICORP.COM Nov 16 2019 05:53:00      Citibank N.A.,   PO Box 769006,
                 San Antonio, TX  78245-9006
518387627       +EDI: TSYS2.COM Nov 16 2019 05:53:00      DSNB/Macys,   PO Box 8218,   Mason, OH 45040-8218
518387626       EDI: DISCOVER.COM Nov 16 2019 05:53:00      Discover,   PO Box 71084,
                 Charlotte, NC  28272-1084
518387629       EDI: PHINAMERI.COM Nov 16 2019 05:53:00      GM Financial,   PO Box 181145,
                 Arlington, TX  76096-1145
518387631       EDI: CHASE.COM Nov 16 2019 05:53:00      JPMCB Card  Services,   PO Box 15369,
                 Wilmington, DE  19850-5369
518387632       EDI: TSYS2.COM Nov 16 2019 05:53:00      Macys,   PO Box 8061,   Mason, OH  45040-8061
518387635       EDI: RMSC.COM Nov 16 2019 05:53:00      PayPal Credit,   PO Box 105658,
                 Atlanta, GA  30348-5658
518387636       EDI: RMSC.COM Nov 16 2019 05:53:00      SYNCB/Old Navy,   PO Box 965005,
                 Orlando, FL  32896-5005
518387637       EDI: RMSC.COM Nov 16 2019 05:53:00      SYNCB/Sams Club,   PO Box 965036,
                 Orlando, FL  32896-5036
518388944       +EDI: RMSC.COM Nov 16 2019 05:53:00      Synchrony Bank,   c/o of PRA Receivables Management, LLC,
                 PO Box 41021,   Norfolk, VA 23541-1021
                                                                              TOTAL: 22


        ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*            +Brian Thomas,   Brian Thomas, Esq,   327 Central Avenue,   Suite 103,   Linwood, NJ 08221-2026
518387615*      ++AMERICAN HONDA FINANCE,   P O BOX 168088,   IRVING TX 75016-8088
                 (address filed with court:  American Honda Finance,   201 Little Falls Dr,
                 Wilmington, DE  19808-1674)
                                                                              TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

```
District/off: 0312-1        User: admin            Page 2 of 2           Date Rcvd: Nov 15, 2019
                           Form ID: 318            Total Noticed: 30
```

                    ***** BYPASSED RECIPIENTS (continued) *****


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 17, 2019                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 15, 2019 at the address(es) listed below:
          Brian  Thomas   on behalf of Trustee Brian  Thomas brian@brianthomaslaw.com,
           bthomas@ecf.axosfs.com
          Brian  Thomas   brian@brianthomaslaw.com,  bthomas@ecf.axosfs.com
          Jeanie D. Wiesner   on behalf of Debtor Unbrin  Imran jwiesner@subranni.com,
           dhoff@subranni.com;cwild@subranni.com;tom@subranni.com
          Kevin Gordon McDonald   on behalf of Creditor   Nationstar Mortgage LLC d/b/a Mr. Cooper
           kmcdonald@kmllawgroup.com,  bkgroup@kmllawgroup.com
          U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov
                                                                            TOTAL: 5
```